IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LEONARD L. JOHNSON                                                          PETITIONER
REG. #22804-009

V.                              NO.  2:05CV00346 JMM/JWC

LINDA SANDERS, Warden,                                                      RESPONDENT
FCI, Forrest City, AR

### ORDER

    Petitioner, a federal prisoner proceeding pro se, brings this 28 U.S.C. § 2241 petition for writ of habeas corpus (docket entry #1) and has paid the $5.00 statutory filing fee in full (docket entry #2).  The Clerk of the Court is therefore directed to serve, by regular mail, a copy of the petition (docket entry #1) and this order on Respondent and the United States Attorney.  Rule 4, Rules Governing § 2254 Cases in the United States District Courts; Rule 1 (permitting district courts to apply § 2254 rules in other habeas actions).  Respondent is directed to file an answer, motion, or other response within twenty (20) days after service of the petition, exclusive of the day of service.

    IT IS SO ORDERED this 6th day of January, 2006.


                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE